UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:23-cr-00038 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| CESAR YARMY CRUZ-PEREZ | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 35] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 41] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for July 13, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 5th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE